**387-13**

# ELECTRONIC RECORD

CCA #   14-12-00466-CR

OFFENSE   Aggravated Sexual Assault

STYLE:   William Tyrone Washington v. The State of Texas

COUNTY   Harris

TRIAL COURT:   262nd District Court

TRIAL COURT #:   1345408

TRIAL COURT JUDGE:   Judge, 262nd District Court

DISPOSITION: *Affirmed as modified*

DATE:   2/21/13

JUSTICE: _____ PC L S

PUBLISH: _____   DNP: L

_____ MOTION

FOR REHEARING IS: _____

DATE: _____

JUDGE: _____

CLK RECORD: 1 vol.

RPT RECORD: 6 vols

STATE BR: Yes

APP BR: Yes

SUPP CLK RECORD   No

SUPP RPT RECORD   No

SUPP BR   No

PRO SE BR   No

## IN THE COURT OF CRIMINAL APPEALS

**387-13**

### ELECTRONIC RECORD

_____State's_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_granted & remanded_

DATE: April 16, 2014

JUDGE: PC

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

CCA # _____

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____